ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| MILCON Construction, LLC | ) | ASBCA No. 59964 |
| | ) | |
| Under Contract No. FA3089-11-C-0010 | ) | |

APPEARANCE FOR THE APPELLANT:      Johnathan M. Bailey, Esq.
                                   Bailey & Bailey, P.C.
                                   San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Lt Col James H. Kennedy III, USAF
                                   Air Force Chief Trial Attorney
                                   Maj Carlos M. De Dios, USAF
                                   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 May 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59964, Appeal of MILCON Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals